**Appeal No.    2018AP1987**

**STATE OF WISCONSIN**

Cir. Ct. No.  1994CM410611

**IN COURT OF APPEALS
DISTRICT I**

---

**STATE OF WISCONSIN,**

   **PLAINTIFF-RESPONDENT,**

 **V.**

**JEFFREY EDWARD OLSON,**

   **DEFENDANT-APPELLANT.**

FILED

September 27, 2019

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI  53701-1688

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI   54401

Jenny Andrews, Sarah Motiff
Court of Appeals
Ten East Doty Street, Suite 700
Madison, WI  53703

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI  53188-1672

Court of Appeals District IV
Ten East Doty Street, Suite 700
Madison, WI  53703

Hon. Michael J. Hanrahan
Milwaukee County Courthouse
901 N. 9th St.
Milwaukee, WI 53233

John Barrett
Clerk of Circuit Court
821 W. State Street, Rm. G-8
Milwaukee, WI 53233

Karen A. Loebel
Deputy District Attorney
821 W. State St.
Milwaukee, WI 53233

Criminal Appeals Unit
Department of Justice
P.O. Box 7857
Madison, WI 53707-7857

Jeffrey Edward Olson 286463
Waupun Correctional Inst.
P.O. Box 351
Waupun, WI 53963-0351

PLEASE TAKE NOTICE that corrections were made to paragraphs 2, 13, and 15, as well as footnote 4 in the above-captioned opinion which was released on September 17, 2019. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.